IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 08-26 |
| REGINA TOLLIVER : | |

### ORDER

AND NOW, this **29th** day of **July, 2009**, upon consideration of Defendant's Post Trial Motions (Document No. 40) and the Government's response thereto, and for the reasons set forth in this Court's July 29, 2009 Memorandum, it is hereby **ORDERED** that Defendant's motions are **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**