IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 08-26 |
| REGINA TOLLIVER | : | |

## ORDER

**AND NOW**, this **25th** day of **January, 2010,** upon consideration of Defendant's post-trial motions (Document No. 60), the Government's response thereto, and Defendant's reply thereon, and for the reasons set forth in this Court's January 25th Memorandum, it is hereby **ORDERED** that Defendant's motions are **DENIED.**

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**